SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00196-RFB-BNW |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| vs. | |
| LISBETY MORALES, | |
| Defendant. | |

COMES NOW the United States of America, by and through Sigal Chattah, United States Attorney, and Melanee Smith, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Indictment filed on July 13, 2021 (ECF No. 1) as to defendant Lisbety Morales.

///

///

///

///

///

///

Morales successfully completed a term of pretrial diversion and the government therefore moves to dismiss in the interests of justice.

DATED this 11th day of June, 2025.

Respectfully Submitted,

SIGAL CHATTAH
United States Attorney

*/s/ Melanee Smith*
MELANEE SMITH
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>LISBETY MORALES,<br><br>              Defendant. | Case No.  2:21-cr-00196-RFB-BNW<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against defendant Lisbety Morales.

SIGAL CHATTAH
United States Attorney

By____/s/ *Melanee Smith*____
MELANEE SMITH
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated:  June 16, 2025.          _____
                                                    HONORABLE RICHARD F. BOULWARE
                                                    United States District Judge

1